IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **ETHEL WEST and JAMES WEST,** | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:15-cv-00800-O |
| **CAROLYN W. COVIN,** Acting Commissioner of Social Security, | § § § § | |
| Defendant. | § § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 10.  No objections were filed.  The District Court reviewed the proposed findings, conclusions, and recommendation for plain error.  Finding none, the Court **ACCEPTS** the Report and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Report and Recommendation of the United States Magistrate Judge is accepted as the findings of the Court.  Accordingly, this case is **DISMISSED without prejudice**.

**SO ORDERED** on this **26th day** of **August, 2016**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE